UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JAMIE PORTILLO                                           :

                                                         :        ORDER
                              Plaintiffs,
                                                         :        16 Civ. 4731 (VEC) (GWG)
        -v.-

                                                         :

JENNIFER WEBB et al.,
                                                         :

                              Defendants.                :
--------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Defendants have filed and served on plaintiff a motion for summary judgment. As explained in a
notice accompanying that motion, plaintiff may need to submit a sworn statement -- that is, an affidavit --
in response to that motion.  If plaintiff submits an affidavit from a monolingual Spanish speaker, such as
himself, the affidavit must be submitted in an English translation.  The English translation must be
accompanied by a sworn statement from the translator of the affidavit stating that he or she translated the
affidavit written by Portillo from Spanish to English and that the translator accurately translated the
document. The statement must also set forth the level of the translator's knowledge of English and
Spanish.

        Plaintiff's response shall be filed on or before February 7, 2022.  Plaintiff may file his response
by mailing it to:

Pro Se Docketing
U.S Courthouse
500 Pearl Street
New York, NY 10007

        Any reply by the defendants shall be filed within two weeks of the date of the docketing of
plaintiff's opposition papers.

        The Clerk is requested to mail a copy of this Order to the pro se plaintiff.


        SO ORDERED.

Dated:  January 10, 2022
        New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge