```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAMIE PORTILLO,                                               :
                                                              :
                              Plaintiff,                      :   16-CV-4731 (VEC) (GWG)
                                                              :
              -against-                                       :   ORDER
                                                              :
JENNIFER WEBB, MANUEL ALDIR, and                              :
LYCHA GASANOV,                                                :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference on March 3, 2023.

IT IS HEREBY ORDERED that the parties are ordered to submit a joint letter by **April 7, 2023**, stating whether they have reached an agreement regarding Plaintiff's request for limited discovery. If the parties have agreed to reopen discovery, the letter must include a proposed discovery schedule. If the parties have not reached an agreement, the letter must include a proposed briefing schedule for any motion to reopen discovery.

IT IS FURTHER ORDERED that the parties must keep their calendars clear so that trial can, assuming the discovery issues can be expeditiously resolved, begin on **June 26, 2023**.

**SO ORDERED.**

_____

**Date:  March 3, 2023**                                    **VALERIE CAPRONI**
       **New York, NY**                                     **United States District Judge**

1