**MEMO ENDORSED**



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK D. ZUCKERMAN**
Senior Counsel
E-mail: mzuckerm@law.nyc.gov
Phone: (212) 356-3519
Fax: (212) 788-9776

June 13, 2023

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Jamie Portillo v. Jennifer Webb, et. al.</u>, 16 Civ. 4731 (VEC)(GWG)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Jennifer Webb, Manuel Aldir and Lucyna Gasanov herein. We write with the consent of plaintiff's counsel to respectfully request that the time for the parties to file their motions *in limine* be extended from June 16, 2023 to June 21, 2023. The reason for the request is that the first two depositions of defendants are scheduled for June 16, 2023, and in the interest of judicial economy, it would be extremely helpful to hear the questions asked before the motions *in limine* are submitted.

This is the first such request.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Mark D. Zuckerman

Mark D. Zuckerman
Senior Counsel

cc: All Counsel (via ECF)

Application GRANTED.  The deadline for the parties to submit motions in limine is hereby extended from Friday, June 16, 2023 to **Wednesday, June 21, 2023**.  Responses are due not later than **Thursday, July 6, 2023**.

SO ORDERED.

*[signature]* 06/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE