USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAMIE PORTILLO,

                            Plaintiff,                16-CV-4731 (VEC) (GWG)

           -against-                         ORDER

JENNIFER WEBB, MANUEL ALDIR, and
LYCHA GASANOV,

                        Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS trial in this case is scheduled to begin on July 25, 2023, *see* Order, Dkt. 193;

WHEREAS a separate criminal matter is currently scheduled for trial before the Court on July 24, 2023; and

WHEREAS Plaintiff's counsel previously indicated that he is on vacation during the month of August, *see* Letter, Dkt. 192;

IT IS HEREBY ORDERED that not later than **Tuesday, June 27, 2023**, the parties must file a joint letter to the Court indicating whether, in light of any changed circumstances or the Court's criminal trial, the trial in this matter could be adjourned to **July 31, 2023**. All other deadlines in this case remain in place.

**SO ORDERED.**

**Date: June 23, 2023**
       **New York, NY**
                                                  **VALERIE CAPRONI**
                                               **United States District Judge**