**MEMO ENDORSED**



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTOPHER G. ARKO**
*Senior Counsel*
(212) 356-5044
(212) 356-3509 (fax)
carko@law.nyc.gov

June 28, 2023

**By ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Jamie Portillo v. Jennifer Webb, et al.,
16 Civ. 4731 (VEC)(GWG)

Your Honor:

I am a Senior Counsel in the Labor and Employment Law Division of the New York City Law Department. I write to respectfully request that I be terminated from the docket of this case. I am no longer in the Special Federal Litigation Division and have no involvement with this matter.

I thank the Court for its consideration herein.

Respectfully submitted,

/s/ Christopher G. Arko

Christopher G. Arko
Senior Counsel

cc: All Counsel (by ECF)

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Christopher G. Arko as counsel for Defendants.
SO ORDERED.

*[signature]* 06/29/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1