USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/01/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JAIME PORTILLO,

                    Plaintiff,

        -against-

JENNIFER WEBB, MANUEL ALDIR, and
LUCYNA GASANOV,

                    Defendants.
------------------------------------------------------------- X

16-CV-4731 (VEC)

**JUDGMENT AND ORDER**

VALERIE CAPRONI, United States District Judge:

    WHEREAS on July 24, 2023, a jury trial commenced regarding Plaintiff Jaime Portillo's claims against Defendants Jennifer Webb, Manuel Aldir, and Lucyna Gasanov;

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that after a Jury Trial before the Honorable Valerie Caproni, United States District Judge, the jury having rendered a verdict on August 1, 2023 in favor of Defendants, judgment is entered in favor of Defendants Jennifer Webb, Manuel Aldir, and Lucyna Gasanov.

    The Clerk of Court is respectfully directed to terminate all open motions and to close this case.

**SO ORDERED.**

Date: August 1, 2023
      New York, New York

                                                            **VALERIE CAPRONI**
                                                           **United States District Judge**